Galston, for respondent. No opinion. Order affirmed, with costs. Order filed.

WILLIAMSON, Appellant, v. BADEAU, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Harry L. Williamson against Philip H. Badeau. F. B. Candler, for appellant. H. H. Boyesen, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WOLINSKY, Respondent, v. LINDENBAUM, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Max Wolinsky against Charles Lindenbaum, impleaded. No opinion. Motion granted, without costs.

WOODMAN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Aaron J. Woodman against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re YEOMANS. (Supreme Court, Appellate Division, First Department. April 30, 1909.) In the matter of Ward B. Yeomans. No opinion. Motion granted. Settle order on notice.

ZAWASTONOWICZ, Appellant, v. LALANCE & GROSJEAN MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Stanislaus Zawastonowicz against the Lalance & Grosjean Manufacturing Company. No opinion. Judgment and order unanimously affirmed, with costs.

ZENNER, Respondent, v. WARD, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Charles Zenner against Mary M. Ward.
PER CURIAM. Motion denied, without costs.
BURR, J., taking no part.

ZICCARDY, Respondent, v. DENIKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Domenico A. Ziccardy against Mary T. Denike and another. No opinion. Judgment of the Municipal Court affirmed, with costs.